(May 1, 2017 through May 31, 2017)

| | | |
|---|---|---|
| People v Morrison | 4th Dept: 148 AD3d 1707 (Oneida) | granted 5/22/17 (Peradotto, J.) |
| People v Simmons | 4th Dept: 149 AD3d 1464 (Erie) | granted 5/23/17 (Lindley, J.) |

In the Matter of TALIB W. ABDUR-RASHID, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

In the Matter of SAMIR HASHMI, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

Submitted June 12, 2017; decided June 22, 2017

Reported below, 140 AD3d 419.

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judges WILSON and FEINMAN taking no part.

In the Matter of ARANESSA L., Respondent, v ISAAC C., Appellant.

Submitted April 17, 2017; decided June 22, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge FEINMAN taking no part.